*[Filing stamps: ENTERED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, MAY 15 2013, CENTRAL DISTRICT OF CALIFORNIA, BY Shy DEPUTY]*

*[Filing stamps: FILED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, MAY 15 2013, CENTRAL DISTRICT OF CALIFORNIA, BY Shy DEPUTY]*

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ISRAEL BALDENEBRO BRICENO,<br><br>    Petitioner,<br><br>    v.<br><br>F. FULK, et al.,<br><br>    Respondents. | Case No. CV 13-00823 RGK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: May 15, 2013

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE