ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ISRAEL BALDENEBRO BRICENO,<br>    Petitioner,<br>  v.<br>F. FULK, et al.,<br>    Respondents. | Case No. CV 13-00823 RGK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: May 15, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE